**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF ARKANSAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Texarkana Arkansas Hospitality, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Comfort Suites** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2936591** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **5420 N. Crossroads Parkway** <br> **Texarkana, AR 71854** <br> Number, Street, City, State & ZIP Code | <br> <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Miller** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Texarkana Arkansas Hospitality, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7211

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | Western District of Arkansas | When | 8/30/16 | Case number | 4:16-bk-72073 |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor   **Texarkana Arkansas Hospitality, LLC**                                    Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship | _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Texarkana Arkansas Hospitality, LLC**
          Name                                                                     Case number (*if known*) _____

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Texarkana Arkansas Hospitality, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  8, 2023**
                MM / DD / YYYY

**X  /s/ Sukhpal Singh**                                          **Sukhpal Singh**
Signature of authorized representative of debtor                Printed name

Title    **Member**

**18. Signature of attorney**

**X  /s/ Kevin P. Keech**                                  Date  **June  8, 2023**
Signature of attorney for debtor                                MM / DD / YYYY

**Kevin P. Keech 98147**
Printed name

**Keech Law Firm, PA**
Firm name

**2011 South Broadway**
**Little Rock, AR 72206**
Number, Street, City, State & ZIP Code

Contact phone    **501 221 3200**          Email address    **kkeech@keechlawfirm.com**

**98147 AR**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Texarkana Arkansas Hospitality, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF ARKANSAS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**June  8, 2023**__          X  */s/ Sukhpal Singh*
                                                  Signature of individual signing on behalf of debtor

                                                  **Sukhpal Singh**
                                                  Printed name

                                                  **Member**
                                                  Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Texarkana Arkansas Hospitality, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF ARKANSAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ben E. Keith Foods 601 E 7th St Fort Worth, TX 76102** | | | **Contingent Unliquidated Disputed** | | | **$3,109.03** |
| **Champion Fire & Security 2701 W Plano Pkwy Suite 500 Plano, TX 75075** | | | **Contingent Unliquidated Disputed** | | | **$960.00** |
| **Dormakaba Canada Inc. PO Box 896502 Charlotte, NC 28273** | | | **Contingent Unliquidated Disputed** | | | **$30.00** |
| **Guilbeau Lawn Service 8280 Hwy 82 Texarkana, AR 71854** | | | **Contingent Unliquidated Disputed** | | | **$350.00** |
| **Miller County Tax Collector 400 Laurel Street Suite 111 Texarkana, AR 71854** | | | | | | **$49,826.38** |
| **S & D Coffee & Tea Inc. PO Box 752010 Charlotte, NC 28202** | | | **Contingent Unliquidated Disputed** | | | **$421.73** |
| **Summit Utilities Arkansas, Inc PO Box 676344 Dallas, TX 75267** | | | **Contingent Unliquidated Disputed** | | | **$433.30** |
| **Texarkana Water Utilities 801 Wood Street PO BOX 2008 Texarkana, TX 75504** | | | **Contingent Unliquidated Disputed** | | | **$2,995.73** |

Debtor   **Texarkana Arkansas Hospitality, LLC**          Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Windstream**<br>**P.O. Box 9001908**<br>**Louisville, KY 40290** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$513.32** |

**Fill in this information to identify the case:**

Debtor name    **Texarkana Arkansas Hospitality, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................................. $   **7,500,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................... $   **332,764.55**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................. $   **7,832,764.55**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $   **3,945,237.29**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $   **49,826.38**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$   **8,813.11**

4. Total liabilities .......................................................................................................
   Lines 2 + 3a + 3b      $   **4,003,876.78**

**Fill in this information to identify the case:**

Debtor name   **Texarkana Arkansas Hospitality, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Chase Bank** | **Business Checking** | 8889 | $129,432.29 |
| 3.2. **Mission Bank** | **Business Checking** | 7663 | $109,616.33 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1. **AR Guest Ledger** | | | $2,860.65 |
| 4.2. **AR Other** | | | $43,847.61 |
| 4.3. **Prepaid Expenses - Operating** | | | $9,638.08 |

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $295,394.96 |

**Part 2:**  **Deposits and Prepayments**

Debtor  **Texarkana Arkansas Hospitality, LLC**          Case number *(If known)* _____
_____
Name

6. **Does the debtor have any deposits or prepayments?**

- ■ No. Go to Part 3.
- ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

- ☐ No. Go to Part 4.
- ■ Yes Fill in the information below.

11.　　**Accounts receivable**

　　11a. 90 days old or less:　　**37,369.58**　　-　　**0.00**　= .... 　　**$37,369.58**
　　　　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

12.　　**Total of Part 3.**　　　　　　　　　　　　　　　　　　　　　　　　　　**$37,369.58**
　　　Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.　　**Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor  **Texarkana Arkansas Hospitality, LLC**                Case number *(If known)* _____
_____
Name

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**
     **Furnishings & Fixtures for 82 room hotel
     including: vanities; televisions; beds &
     mattresses and front office furnishings and
     equipment - Included in Value of Building
     Above**                                        **$0.00**                                **$0.01**

51.  **Total of Part 8.**                                                          | **$0.01** |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Commercial Property located at 5420 Crossroads Parkway, Texarkana, AR 71854 - Vslue based on 4x multiple of projected gross income for 2023, less estimated repair costs** | | **$0.00** | | **$7,500,000.00** |

56.  **Total of Part 9.**                                                         | **$7,500,000.00** |
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

Debtor   **Texarkana Arkansas Hospitality, LLC**                     Case number *(If known)* _____
         <u>Name</u>

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

         ■ No
         ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Texarkana Arkansas Hospitality, LLC**                    Case number *(If known)* _____
                Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $295,394.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $37,369.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.01 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $7,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $332,764.55 | + 91b. $7,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,832,764.55 |

**Fill in this information to identify the case:**

Debtor name __**Texarkana Arkansas Hospitality, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF ARKANSAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  H&R Grewal LLC**<br>Creditor's Name<br><br>**GURKAMALPREET S. GREWAL**<br>**1838 Montgomery Lane**<br>**Delano, CA 93215**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. H&R Grewal LLC**<br>**2. U.S. Small Business Administra** | **Describe debtor's property that is subject to a lien**<br>**Commercial Property located at 5420 Crossroads Parkway, Texarkana, AR 71854 - Vslue based on 4x multiple of projected gross income for 2023, less estimated repair costs**<br><br>**Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$2,500,000.00** | **$7,500,000.00** |
| **2.2  U.S. Small Business Administra**<br>Creditor's Name<br><br>**Commercial Loan Servicing Cent**<br>**2120 Riverfront Dr., Suite 100**<br>**Little Rock, AR 72202**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>**Commercial Property located at 5420 Crossroads Parkway, Texarkana, AR 71854 - Vslue based on 4x multiple of projected gross income for 2023, less estimated repair costs**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No | $1,445,237.29 | $7,500,000.00 |

Debtor **Texarkana Arkansas Hospitality, LLC**
Name

Case number (if known) _____

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$3,945,237.29

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Campbell & Grooms, PLLC**<br>**8500 West Markham, Suite 105**<br>**Little Rock, AR 72205** | Line **2.1** | |
| **Geoffrey Treece**<br>**QuattlebaumGrooms**<br>**111 Center Street, Ste 1900**<br>**Little Rock, AR 72201** | Line **2.1** | |
| **United States Attorney**<br>**425 West Capitol, Suite 500**<br>**Little Rock, AR 72201** | Line **2.2** | |
| **United States Attorney General**<br>**Robert F. Kennedy Building**<br>**950 Pennsylvania Avenue**<br>**Suite 5137**<br>**Washington, DC 20530** | Line **2.2** | |
| **United States Small Business**<br>**Administration**<br>**c/o Isabel Guzman**<br>**409 Third St SW**<br>**Washington, DC 20416** | Line **2.2** | |

**Fill in this information to identify the case:**

Debtor name **Texarkana Arkansas Hospitality, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF ARKANSAS**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Arkansas Dept of Fin & Admin**<br>**DFA, Revenue Legal Counsel**<br>**P.O. Box 1272**<br>**Room 2380**<br>**Little Rock, AR 72203-1272** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**700 W. Capitol Ave**<br>**Little Rock, AR 72201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

Debtor   **Texarkana Arkansas Hospitality, LLC**
_____   Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,826.38 | $49,826.38 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Miller County Tax Collector**
**400 Laurel Street**
**Suite 111**
**Texarkana, AR 71854**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$3,109.03** |
|---|---|---|---|

**Ben E. Keith Foods**
**601 E 7th St**
**Fort Worth, TX 76102**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$960.00** |
|---|---|---|---|

**Champion Fire & Security**
**2701 W Plano Pkwy Suite 500**
**Plano, TX 75075**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$30.00** |
|---|---|---|---|

**Dormakaba Canada Inc.**
**PO Box 896502**
**Charlotte, NC 28273**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$350.00** |
|---|---|---|---|

**Guilbeau Lawn Service**
**8280 Hwy 82**
**Texarkana, AR 71854**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$421.73** |
|---|---|---|---|

**S & D Coffee & Tea Inc.**
**PO Box 752010**
**Charlotte, NC 28202**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 2 of 3

Debtor  **Texarkana Arkansas Hospitality, LLC**
           _____
           Name

Case number *(if known)*  _____

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $433.30 |
|---|---|---|---|

**Summit Utilities Arkansas, Inc**
**PO Box 676344**
**Dallas, TX 75267**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,995.73 |
|---|---|---|---|

**Texarkana Water Utilities**
**801 Wood Street**
**PO BOX 2008**
**Texarkana, TX 75504**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $513.32 |
|---|---|---|---|

**Windstream**
**P.O. Box 9001908**
**Louisville, KY 40290**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **United States Attorney**<br>**425 West Capitol, Suite 500**<br>**Little Rock, AR 72201** | Line  **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **United States Attorney General**<br>**Robert F. Kennedy Building**<br>**950 Pennsylvania Avenue**<br>**Suite 5137**<br>**Washington, DC 20530** | Line  **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **United States Treasury**<br>**P O Box 7317**<br>**Philadelphia, PA 19101** | Line  **2.2**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 49,826.38 |
| 5b. Total claims from Part 2 | 5b. + | $ 8,813.11 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 58,639.49 |

---

**Fill in this information to identify the case:**

Debtor name    **Texarkana Arkansas Hospitality, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF ARKANSAS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Guestroom TV/Cable Service** | |
| State the term remaining | **Cable One** |
| List the contract number of any government contract | **PO Box 78000**<br>**Phoenix, AZ 85063** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest    **Franchise Agreement** | |
| State the term remaining | **Choice Hotels International**<br>**Attn: General Counsel** |
| List the contract number of any government contract | **1 Choice Hotels Circle**<br>**Suite 400**<br>**Rockville, MD 20850** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest    **Guest Internet Service / IT Support** | |
| State the term remaining | **Com Link** |
| List the contract number of any government contract | **PO Box 5263**<br>**Texarkana, TX 75505** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest    **Hotel Management Agreement** | |
| State the term remaining | **Fine Hospitality Group** |
| List the contract number of any government contract | **640 W Lambert Rd**<br>**Brea, CA 92821** |

Debtor 1   **Texarkana Arkansas Hospitality, LLC**                                    Case number *(if known)* _____
_____
First Name            Middle Name            Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone/Guest Internet Service** | |
|---|---|---|---|
| | State the term remaining | | |
| | | | **Windstream** |
| | | | **P.O. Box 9001908** |
| | List the contract number of any government contract | | **Louisville, KY 40290** |

Official Form 206G            **Schedule G: Executory Contracts and Unexpired Leases**            Page 2 of 2

---

**Fill in this information to identify the case:**

Debtor name  **Texarkana Arkansas Hospitality, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Estate of Harlans Grewal** | **1838 Montgomery Lane Delano, CA 93215** | **U.S. Small Business Administra** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.2 | **Estate of Harlans Grewal** | **1838 Montgomery Lane Delano, CA 93215** | **H&R Grewal LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.3 | **Jasbir Singh** | **3464 E. Belmon Avenue Fresno, CA 93702** | **U.S. Small Business Administra** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.4 | **Jasbir Singh** | **3464 E. Belmon Avenue Fresno, CA 93702** | **H&R Grewal LLC** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.5 | **Sukpaul Singh** | **11707 Crabbet Park Drive Bakersfield, CA 93311** | **U.S. Small Business Administra** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |

---

Debtor  **Texarkana Arkansas Hospitality, LLC**          Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                              *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Sukpaul Singh** | **11707 Crabbet Park Drive**<br>**Bakersfield, CA 93311** | **H&R Grewal LLC** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Texarkana Arkansas Hospitality, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $756,810.00 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $1,934,115.23 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $1,730,748.00 |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor  **Texarkana Arkansas Hospitality, LLC**                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See attached Check Register** | **Various-** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Various** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See attached List** | **Various** | **$0.00** | **See attached** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   **Texarkana Arkansas Hospitality, LLC**                              Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Keech Law Firm, PA**<br>**2011 S. Broadway**<br>**Little Rock, AR 72206** | **N/A** | **4/20/2023** | **$15,000.00** |
| | Email or website address<br>**kkeech@keechlawfirm.com** | | | |
| | Who made the payment, if not debtor?<br>**Crisp & Freeze- IOLTA Account** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Texarkana Arkansas Hospitality, LLC**                              Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Texarkana Arkansas Hospitality, LLC**                     Case number *(if known)* _____

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Debtor **Texarkana Arkansas Hospitality, LLC**                    Case number *(if known)* _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **KENTON A. WEIR, JR. CPA**<br>**HARDAWAY AXUME WEIR CPAS, LLP**<br>**5001 CALIFORNIA AVENUE, SUITE 121**<br>**Bakersfield, CA 93309** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **KENTON A. WEIR, JR. CPA**<br>**HARDAWAY AXUME WEIR CPAS, LLP**<br>**5001 CALIFORNIA AVENUE, SUITE 121**<br>**Bakersfield, CA 93309** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sukhpal Singh** | **4300 Ashe Road, Suite 107**<br>**Bakersfield, CA 93313** | **Member/Manager** | **36.9** |
| **Estate of HARBANS S GREWAL** | **1838 MONTGOMERY LANE**<br>**Delano, CA 93215** | **Former Member (Deceased)-Economic Interest Only** | **42.9** |
| **Jasbir Singh** | **3564 E. Belmont Avenue**<br>**Fresno, CA 93702** | **Member/Manager** | **20.2** |

| Debtor | Texarkana Arkansas Hospitality, LLC | Case number *(if known)* | |
|--------|--------------------------------------|---------------------------|--|

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Harbans Grewal | 1838 Montgomery Lane Delano, CA 93215 | Membership Interest-Economic Interest | Member from incorporation 6/17/11 to date of death |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  8, 2023**

**/s/ Sukhpal Singh**                                              **Sukhpal Singh**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**Comfort Suites Texarkana**
**CheckRegister**
**Period From: March 01, 2023 to June 06, 2023**

| Type | Date | Number | Name | Split | Clr | Amount |
|---|---|---|---|---|---|---|
| **102125.000. Cash in Bank - Mission Bank XXX7663** | | | | | | |
| Bill Payment | 03/01/2023 | 1028 | Troy Vizena | 202100.000. Account Payables | | 277.50 |
| Bill Payment | 03/01/2023 | 1029 | BEN E. KEITH MID-SOUTH | 202100.000. Account Payables | | 2,668.40 |
| Bill Payment | 03/01/2023 | 1031 | Elevate B2B | 202100.000. Account Payables | | 1,028.00 |
| Bill Payment | 03/01/2023 | 1030 | Hamilton's Heat & Air | 202100.000. Account Payables | | 98.12 |
| Bill Payment | 03/01/2023 | 1033 | Elevator Safety Inspection Services, Inc. | 202100.000. Account Payables | | 140.00 |
| Bill Payment | 03/01/2023 | 1032 | Pepsi-Cola | 202100.000. Account Payables | | 262.19 |
| Check | 03/01/2023 | | Bank charges | 567400.000. Bank Service Charges | | 5.00 |
| Bill Payment | 03/02/2023 | 1034 | Reliance Mechanical Contractors | 202100.000. Account Payables | | 423.36 |
| Bill Payment | 03/02/2023 | 1035 | AMERICAN EXPRESS- NISH KHAROD | 202100.000. Account Payables | | 6,448.09 |
| Check | 03/03/2023 | | Visa/Mc | 567405.000. Credit Card Charges VISA/ MasterCard | | 2,381.21 |
| Bill Payment | 03/07/2023 | 1036 | AMERICAN EXPRESS- NISH KHAROD | 202100.000. Account Payables | | 733.34 |
| Bill Payment | 03/07/2023 | 1037 | Texarkana Water | 202100.000. Account Payables | | 953.79 |
| Bill Payment | 03/07/2023 | 1038 | Julisa Golette | 202100.000. Account Payables | | 126.14 |
| Bill Payment | 03/07/2023 | 1039 | OTA Insight Ltd | 202100.000. Account Payables | | 346.50 |
| Bill Payment | 03/07/2023 | 1040 | Summit Utilities Arkanasas Inc | 202100.000. Account Payables | | 688.03 |
| Bill Payment | 03/07/2023 | 1041 | Golden Malted | -Split- | | 1,132.35 |
| Bill Payment | 03/07/2023 | 1042 | BEN E. KEITH MID-SOUTH | 202100.000. Account Payables | | 1,428.46 |
| Bill Payment | 03/08/2023 | ACH | ADP | 202100.000. Account Payables | | 16,466.37 |
| Bill Payment | 03/09/2023 | 1043 | Fine Hospitality Group LLC | 202100.000. Account Payables | | 3,903.42 |
| Bill Payment | 03/09/2023 | 1044 | DIRECT TV | 202100.000. Account Payables | | 1,059.54 |
| Bill Payment | 03/09/2023 | 1045 | Hospitality Online, Inc. | 202100.000. Account Payables | | 77.77 |
| Bill Payment | 03/09/2023 | 1046 | Hospitality Online, Inc. | 202100.000. Account Payables | | 50.00 |
| Bill Payment | 03/09/2023 | 1047 | TK Elevator Corporation | 202100.000. Account Payables | | 947.73 |

| Bill Payment | 03/13/2023 | 1051 | CITY OF TEXARKANA, ARKANSAS | 202100.000. Account Payables | | 2,784.46 |
|---|---|---|---|---|---|---|
| Bill Payment | 03/14/2023 | 1048 | Western Hotel Supply | 202100.000. Account Payables | | 126.95 |
| Bill Payment | 03/14/2023 | 1049 | DIRECT TV | 202100.000. Account Payables | | 1,053.29 |
| Bill Payment | 03/15/2023 | 1052 | Arkansas Department of Health | 202100.000. Account Payables | | 35.00 |
| Bill Payment | 03/15/2023 | 1050 | Choice Hotels International | 202100.000. Account Payables | | 15,891.24 |
| Bill Payment | 03/15/2023 | 1053 | Arkansas Department of Labor and Licensing | 202100.000. Account Payables | | 50.00 |
| Bill Payment | 03/15/2023 | 1054 | Delta Lighting Products, Inc. | 202100.000. Account Payables | | 289.85 |
| Bill Payment | 03/15/2023 | 1055 | GUILBEAU LAWN SERVICE | 202100.000. Account Payables | | 3,800.00 |
| Bill Payment | 03/15/2023 | 1056 | BEN E. KEITH MID-SOUTH | -Split- | | 3,630.98 |
| Bill Payment | 03/15/2023 | 1057 | Western Hotel Supply | 202100.000. Account Payables | | 41.95 |
| Bill Payment | 03/17/2023 | ACH | ADP | 202100.000. Account Payables | | 17,340.94 |
| Bill Payment | 03/17/2023 | 1058 | Chase Card Services | 202100.000. Account Payables | | 6,435.27 |
| Bill Payment | 03/17/2023 | 1059 | Southwestern Electric Power | 202100.000. Account Payables | | 4,388.83 |
| Bill Payment | 03/17/2023 | 1060 | BEN E. KEITH MID-SOUTH | 202100.000. Account Payables | | 2,179.18 |
| Bill Payment | 03/17/2023 | 1061 | HRG Farms | 202100.000. Account Payables | | 15,000.00 |
| Bill Payment | 03/20/2023 | ACH | ARKANSAS TAXPAYER ACCESS POINT | 202100.000. Account Payables | | 11,142.00 |
| Bill Payment | 03/27/2023 | 1062 | Reliance Mechanical Contractors | 202100.000. Account Payables | | 845.24 |
| Bill Payment | 03/27/2023 | 1064 | GUILBEAU LAWN SERVICE | 202100.000. Account Payables | | 350.00 |
| Bill Payment | 03/27/2023 | 1063 | Pest Pro Services, Inc. | 202100.000. Account Payables | | 126.79 |
| Bill Payment | 03/27/2023 | 1065 | BEN E. KEITH MID-SOUTH | 202100.000. Account Payables | | 1,630.45 |
| Bill Payment | 03/27/2023 | 1066 | Windstream | 202100.000. Account Payables | | 515.08 |
| Bill Payment | 03/27/2023 | 1067 | Elevator Safety Inspection Services, Inc. | 202100.000. Account Payables | | 200.00 |
| Check | 03/28/2023 | vi | Cash Short/Over | -Split- | | 186.85 |
| Bill Payment | 03/29/2023 | 1068 | AMERICAN EXPRESS- NISH KHAROD | 202100.000. Account Payables | | 1,033.37 |
| Bill Payment | 03/29/2023 | 1069 | AMERICAN EXPRESS- NISH KHAROD | 202100.000. Account Payables | | 2,471.50 |
| Bill Payment | 03/30/2023 | 1070 | Julisa Golette | 202100.000. Account Payables | | 112.68 |
| Bill Payment | 03/30/2023 | 1071 | BEN E. KEITH MID-SOUTH | 202100.000. Account Payables | | 1,751.52 |
| Bill Payment | 03/30/2023 | 1072 | Chase Card Services | 202100.000. Account Payables | | 3,601.50 |
| Check | 03/31/2023 | | Visa/Mc | -Split- | | 485.27 |
| Check | 03/31/2023 | | Amex | 567410.000. Credit Card Charges Amex | | 385.04 |

2/5

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill Payment | 03/31/2023 | ACH | ADP | 202100.000. Account Payables | | 17,192.42 |
| Bill Payment | 04/03/2023 | 1073 | Texarkana Water | 202100.000. Account Payables | | 2,364.57 |
| Bill Payment | 04/03/2023 | 1074 | Summit Utilities Arkansas Inc | 202100.000. Account Payables | | 981.61 |
| Bill Payment | 04/03/2023 | 1075 | Pepsi-Cola | 202100.000. Account Payables | | 336.16 |
| Check | 04/03/2023 | | Visa/Mc | 567405.000. Credit Card Charges VISA/ MasterCard | | 4,426.73 |
| Bill Payment | 04/10/2023 | 1076 | AMERICAN EXPRESS-KEN | 202100.000. Account Payables | | 2,075.52 |
| Bill Payment | 04/10/2023 | 1077 | Southwestern Electric Power | 202100.000. Account Payables | | 3,352.61 |
| Bill Payment | 04/10/2023 | 1078 | Fine Hospitality Group LLC | 202100.000. Account Payables | | 6,227.39 |
| Bill Payment | 04/10/2023 | 1079 | BEN E. KEITH MID-SOUTH | 202100.000. Account Payables | | 1,627.76 |
| Bill Payment | 04/10/2023 | 1080 | GUILBEAU LAWN SERVICE | 202100.000. Account Payables | | 350.00 |
| Bill Payment | 04/12/2023 | 1081 | CITY OF TEXARKANA, ARKANSAS | 202100.000. Account Payables | | 4,643.45 |
| Bill Payment | 04/12/2023 | 1082 | BEN E. KEITH MID-SOUTH | -Split- | | 1,897.81 |
| Bill Payment | 04/12/2023 | 1083 | DIRECT TV | 202100.000. Account Payables | | 1,053.29 |
| Bill Payment | 04/14/2023 | ACH | ADP | 202100.000. Account Payables | | 17,333.36 |
| Bill Payment | 04/14/2023 | 1084 | VSC Fire & Security | 202100.000. Account Payables | | 1,635.00 |
| Bill Payment | 04/14/2023 | 1085 | HRG Farms | 202100.000. Account Payables | | 15,000.00 |
| Bill Payment | 04/18/2023 | ACH | ARKANSAS TAXPAYER ACCESS POINT | 202100.000. Account Payables | | 18,583.00 |
| Bill Payment | 04/19/2023 | 1086 | Delta Lighting Products, Inc. | 202100.000. Account Payables | | 289.72 |
| Bill Payment | 04/21/2023 | 1087 | Chase Card Services | 202100.000. Account Payables | | 11,022.29 |
| Bill Payment | 04/21/2023 | 1088 | Homewell Insurance Services | 202100.000. Account Payables | | 23,717.00 |
| Bill Payment | 04/21/2023 | 1089 | Windstream | 202100.000. Account Payables | | 539.80 |
| Bill Payment | 04/21/2023 | 1090 | UNIGUEST INC. | 202100.000. Account Payables | | 725.22 |
| Bill Payment | 04/21/2023 | 1091 | GUILBEAU LAWN SERVICE | 202100.000. Account Payables | | 350.00 |
| Bill Payment | 04/26/2023 | 1092 | BEN E. KEITH MID-SOUTH | 202100.000. Account Payables | | 1,142.17 |
| Bill Payment | 04/26/2023 | 1093 | R&W Electric, Inc | 202100.000. Account Payables | | 214.00 |
| Bill Payment | 04/28/2023 | 1094 | CHAMPION FIRE & SECURITY | 202100.000. Account Payables | | 90.00 |
| Bill Payment | 04/28/2023 | 1095 | Texarkana Water | 202100.000. Account Payables | | 3,197.71 |
| Bill Payment | 04/28/2023 | 1096 | AMERICAN EXPRESS- NISH KHAROD | 202100.000. Account Payables | | 1,833.06 |
| Bill Payment | 04/28/2023 | 1097 | Pest Pro Services, Inc. | 202100.000. Account Payables | | 126.79 |
| Check | 04/30/2023 | | Amex | 567410.000. Credit Card Charges Amex | | 451.56 |

| Check | 04/30/2023 | | Visa/Mc | 567425.000. Credit Card Charges Chargebacks | 26.16 |
|---|---|---|---|---|---|
| Check | 05/01/2023 | | Bank charges | 567400.000. Bank Service Charges | 2.50 |
| Bill Payment | 05/02/2023 | 1098 | AMERICAN EXPRESS- NISH KHAROD | 202100.000. Account Payables | 391.00 |
| Bill Payment | 05/03/2023 | 1099 | BEN E. KEITH MID-SOUTH | 202100.000. Account Payables | 1,220.38 |
| Bill Payment | 05/03/2023 | 1100 | Pepsi-Cola | 202100.000. Account Payables | 319.91 |
| Check | 05/03/2023 | | Visa/Mc | 567405.000. Credit Card Charges VISA/ MasterCard | 4,347.16 |
| Bill Payment | 05/05/2023 | 1101 | Fine Hospitality Group LLC | 202100.000. Account Payables | 17,288.27 |
| Bill Payment | 05/09/2023 | 1103 | Fine Hospitality Group LLC | 202100.000. Account Payables | 6,376.48 |
| Bill Payment | 05/09/2023 | 1104 | Southwestern Electric Power | 202100.000. Account Payables | 4,749.03 |
| Bill Payment | 05/09/2023 | 1105 | Summit Utilities Arkanasas Inc | 202100.000. Account Payables | 781.11 |
| Bill Payment | 05/09/2023 | 1106 | GUILBEAU LAWN SERVICE | 202100.000. Account Payables | 350.00 |
| Bill Payment | 05/09/2023 | 1107 | JT Custom  Pools | 202100.000. Account Payables | 3,365.55 |
| Bill Payment | 05/12/2023 | ACH | ADP | 202100.000. Account Payables | 18,132.07 |
| Bill Payment | 05/12/2023 | 1108 | CITY OF TEXARKANA, ARKANSAS | 202100.000. Account Payables | 4,880.97 |
| Bill Payment | 05/12/2023 | 1109 | BEN E. KEITH MID-SOUTH | -Split- | 2,687.85 |
| Bill Payment | 05/12/2023 | 1110 | SK Hospitality INC | 202100.000. Account Payables | 517.58 |
| Bill Payment | 05/17/2023 | 1111 | FedEx | 202100.000. Account Payables | 17.07 |
| Bill Payment | 05/19/2023 | 1112 | Choice Hotels International | 202100.000. Account Payables | 22,924.57 |
| Bill Payment | 05/19/2023 | 1113 | Choice Hotels International | 202100.000. Account Payables | 25,786.71 |
| Bill Payment | 05/19/2023 | 1114 | DIRECT TV | 202100.000. Account Payables | 1,053.29 |
| Bill Payment | 05/19/2023 | 1115 | Western Hotel Supply | 202100.000. Account Payables | 52.45 |
| Bill Payment | 05/19/2023 | 1116 | Delta Lighting Products, Inc. | 202100.000. Account Payables | 562.34 |
| Bill Payment | 05/19/2023 | 1117 | Pepsi-Cola | 202100.000. Account Payables | 330.40 |
| Bill Payment | 05/19/2023 | 1118 | GUILBEAU LAWN SERVICE | 202100.000. Account Payables | 1,800.00 |
| Bill Payment | 05/19/2023 | 1119 | HRG Farms | 202100.000. Account Payables | 15,000.00 |
| Check | 05/19/2023 | | Visa/Mc | -Split- | 731.52 |
| Bill Payment | 05/22/2023 | ACH | ARKANSAS TAXPAYER ACCESS POINT | 202100.000. Account Payables | 19,531.00 |
| Bill Payment | 05/24/2023 | 1120 | Chase Card Services | 202100.000. Account Payables | 12,094.94 |
| Bill Payment | 05/24/2023 | 1121 | Julisa Golette | 202100.000. Account Payables | 72.66 |
| Bill Payment | 05/24/2023 | 1122 | Golden Malted | -Split- | 224.05 |

| Bill Payment | 05/24/2023 | 1123 | Pest Pro Services, Inc. | 202100.000. Account Payables | | 126.79 |
|---|---|---|---|---|---|---|
| Bill Payment | 05/25/2023 | ACH | ADP | 202100.000. Account Payables | | 16,946.41 |
| Bill Payment | 05/25/2023 | 1124 | BEN E. KEITH MID-SOUTH | 202100.000. Account Payables | | 1,193.11 |
| Bill Payment | 05/25/2023 | 1125 | BEN E. KEITH MID-SOUTH | 202100.000. Account Payables | | 1,199.09 |
| Bill Payment | 05/27/2023 | 1126 | AMERICAN EXPRESS- NISH KHAROD | 202100.000. Account Payables | | 3,073.51 |
| Check | 05/31/2023 | | Amex | 567410.000. Credit Card Charges Amex | | 336.66 |
| Bill Payment | 06/01/2023 | 1127 | Michael Archie | 202100.000. Account Payables | | 489.53 |
| Bill Payment | 06/06/2023 | 1128 | GUILBEAU LAWN SERVICE | 202100.000. Account Payables | | 350.00 |
| Bill Payment | 06/06/2023 | 1129 | Texarkana Water | 202100.000. Account Payables | | 2,995.73 |
| Bill Payment | 06/06/2023 | 1130 | Summit Utilities Arkanasas Inc | 202100.000. Account Payables | | 433.30 |
| Bill Payment | 06/06/2023 | 1131 | S & D COFFEE & TEA INC. | 202100.000. Account Payables | | 421.73 |
| Bill Payment | 06/06/2023 | 1132 | DORMAKABA CANADA INC. | 202100.000. Account Payables | | 30.00 |
| Bill Payment | 06/06/2023 | 1133 | Windstream | 202100.000. Account Payables | | 513.32 |
| Bill Payment | 06/06/2023 | 1134 | CHAMPION FIRE & SECURITY | -Split- | | 2,499.91 |
| Bill Payment | 06/06/2023 | 1135 | BEN E. KEITH MID-SOUTH | -Split- | | 3,109.03 |

TOTAL                                 481,645.68

**Comfort Suites Texarkana**
**CheckRegister**
**Period From: January 01, 2022 to June 06, 2023**

| Type | Date | Number | Name | Split | Clr | Amount |
|------|------|--------|------|-------|-----|--------|
| **102114.000. Cash In Bank 3670 - JPMorgan Chase Bank, NA** | | | | | | |
| Bill Payment | 01/27/2022 | 0543 | Jasbir Singh | 202100.000. Account Payables-Distribution | | 40,400.00 |
| Bill Payment | 06/24/2022 | 1110 | Jasbir Singh | 202100.000. Account Payables-Distribution | | 60,600.00 |
| Bill Payment | 12/29/2022 | 1314 | Jasbir Singh | 202100.000. Account Payables-Distribution | | 30,300.00 |
| Bill Payment | 01/27/2022 | 0545 | Jatinder Singh | 202100.000. Account Payables-Distribution | | 33,400.00 |
| Bill Payment | 06/24/2022 | 1112 | Jatinder Singh | 202100.000. Account Payables-Distribution | | 50,100.00 |
| Bill Payment | 12/29/2022 | 1316 | Jatinder Singh | 202100.000. Account Payables-Distribution | | 25,050.00 |
| Bill Payment | 01/27/2022 | 0544 | Harbans Grewal | 202100.000. Account Payables-Distribution | | 85,000.00 |
| Bill Payment | 06/24/2022 | 1111 | Harbans Grewal | 202100.000. Account Payables-Distribution | | 128,700.00 |
| Bill Payment | 12/29/2022 | 1315 | Harbans Grewal | 202100.000. Account Payables-Distribution | | 64,350.00 |
| Bill Payment | 01/27/2022 | 0542 | Sukhpal Singh | 202100.000. Account Payables-Distribution | | 40,400.00 |
| Bill Payment | 06/24/2022 | 1113 | Sukhpal Singh | 202100.000. Account Payables-Distribution | | 60,600.00 |
| Bill Payment | 12/29/2022 | 1313 | Sukhpal Singh | 202100.000. Account Payables-Distribution | | 30,300.00 |
| Bill Payment | 12/28/2022 | 1311 | Sukhpal Singh | 202100.000. Account Payables- Reimbursement business trip | | 1,623.74 |
| | | | | **TOTAL** | | **650,823.74** |

1/1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Arkansas

In re    **Texarkana Arkansas Hospitality, LLC**                                      Case No.

                                                       Debtor(s)                          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **TBD** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | Per Court Order |

2.   The source of the compensation paid to me was:

  ☑ Debtor          ☐ Other (specify):

3.   The source of compensation to be paid to me is:

  ☑ Debtor          ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| CERTIFICATION |
|---|
|   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**June  5, 2023**                                      **/s/ Kevin P. Keech**
*Date*                                                 **Kevin P. Keech 98147**
                                                       *Signature of Attorney*
                                                       **Keech Law Firm, PA**
                                                       **2011 South Broadway**
                                                       **Little Rock, AR 72206**
                                                       **501 221 3200  Fax: 501 221 3201**
                                                       **kkeech@keechlawfirm.com**
                                                       *Name of law firm*

# United States Bankruptcy Court
## Western District of Arkansas

In re   **Texarkana Arkansas Hospitality, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Estate of Harlans Grewal**<br>**1838 Montgomery Lane**<br>**Delano, CA 93215** | **Non Voting Membership** | **42.9** | **Economic Interst** |
| **Jasbir Singh**<br>**3464 E. Belmon Avenue**<br>**Fresno, CA 93702** | **LLC Membership Interst** | **20.2** | **Membership Interst** |
| **Sukpaul Singh**<br>**11707 Crabbet Park Drive**<br>**Bakersfield, CA 93311** | **LLC Membership** | **36.9** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June  8, 2023**

Signature   **/s/ Sukhpal Singh**

**Sukhpal Singh**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Arkansas

In re   **Texarkana Arkansas Hospitality, LLC** _____   Case No. _____

                                                    Debtor(s)                Chapter   __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June  8, 2023**_____        **/s/ Sukhpal Singh**_____
                                                       **Sukhpal Singh/Member**
                                                       Signer/Title

Arkansas Dept of Fin & Admin
DFA, Revenue Legal Counsel
P.O. Box 1272
Room 2380
Little Rock, AR 72203-1272

Ben E. Keith Foods
601 E 7th St
Fort Worth, TX 76102

Cable One
PO Box 78000
Phoenix, AZ 85063

Campbell & Grooms, PLLC
8500 West Markham, Suite 105
Little Rock, AR 72205

Champion Fire & Security
2701 W Plano Pkwy Suite 500
Plano, TX 75075

Choice Hotels International
Attn: General Counsel
1 Choice Hotels Circle
Suite 400
Rockville, MD 20850

Com Link
PO Box 5263
Texarkana, TX 75505

Dormakaba Canada Inc.
PO Box 896502
Charlotte, NC 28273

Estate of Harlans Grewal
1838 Montgomery Lane
Delano, CA 93215

Fine Hospitality Group
640 W Lambert Rd
Brea, CA 92821

Geoffrey Treece
QuattlebaumGrooms
111 Center Street, Ste 1900
Little Rock, AR 72201


Guilbeau Lawn Service
8280 Hwy 82
Texarkana, AR 71854


H&R Grewal LLC
GURKAMALPREET S. GREWAL
1838 Montgomery Lane
Delano, CA 93215


Internal Revenue Service
700 W. Capitol Ave
Little Rock, AR 72201


Jasbir Singh
3464 E. Belmon Avenue
Fresno, CA 93702


Miller County Tax Collector
400 Laurel Street
Suite 111
Texarkana, AR 71854


S & D Coffee & Tea Inc.
PO Box 752010
Charlotte, NC 28202


Sukpaul Singh
11707 Crabbet Park Drive
Bakersfield, CA 93311


Summit Utilities Arkansas, Inc
PO Box 676344
Dallas, TX 75267


Texarkana Water Utilities
801 Wood Street
PO BOX 2008
Texarkana, TX 75504

```
U.S. Small Business Administra
Commercial Loan Servicing Cent
2120 Riverfront Dr., Suite 100
Little Rock, AR 72202


United States Attorney
425 West Capitol, Suite 500
Little Rock, AR 72201


United States Attorney
425 West Capitol, Suite 500
Little Rock, AR 72201


United States Attorney General
Robert F. Kennedy Building
950 Pennsylvania Avenue
Suite 5137
Washington, DC 20530


United States Small Business
Administration
c/o Isabel Guzman
409 Third St SW
Washington, DC 20416


United States Treasury
P O Box 7317
Philadelphia, PA 19101


Windstream
P.O. Box 9001908
Louisville, KY 40290
```

# United States Bankruptcy Court
## Western District of Arkansas

In re __Texarkana Arkansas Hospitality, LLC__

Debtor(s)

Case No. _____

Chapter __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Texarkana Arkansas Hospitality, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June  8, 2023__

Date

/s/ Kevin P. Keech

Kevin P. Keech 98147

Signature of Attorney or Litigant

Counsel for __Texarkana Arkansas Hospitality, LLC__

Keech Law Firm, PA
2011 South Broadway
Little Rock, AR 72206
501 221 3200 Fax:501 221 3201
kkeech@keechlawfirm.com